UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv106-C

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT OF** |
| v. ) | **FORFEITURE** |
| ) | |
| REAL PROPERTY LOCATED AT 703 ) | |
| LOGAN STREET, GASTONIA, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture in rem of the defendant property was filed on March 9, 2006. This Court found probable cause for forfeiture and issued an order directing the filing of a lis pendens and posting of the defendant property.

2. Process was fully issued in this action and returned according to law. Pursuant to this Court's order, the government duly posted the defendant property. Service of process was made by certified mail and by publication of notice in The Gaston Gazette on April 9, 2006.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4. Based on the affidavit of Detective Ryan A. Putnam of the Gastonia Police Department, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate drug trafficking crimes, and that it is therefore subject to forfeiture under 21 U.S.C. §881.

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** THAT:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein:

> **Real property located at 703 Logan Street, Gastonia, North Carolina, as more particularly described in an instrument recorded at Deed Book 950, Page 651, in the Gaston County Public Registry.**

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: August 16, 2007

Robert J. Conrad, Jr.
Chief United States District Judge